```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAREY GOMEZ,

                Plaintiff,

-against-                      24 Civ. 902 (AT)

SIMPAS LIVE BETTER O.E.,         **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

      On February 8, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by May 8, 2024. ECF No. 10. Those submissions are now overdue, and Defendant has not appeared in this action. In addition, Plaintiff has not corrected his application for a certificate of default in accordance with the Clerk of Court's instructions. *See* ECF Nos. 13–14; Dkt. Entries 4/15/2024.

      Accordingly, by **May 30, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall correctly re-file his application for a certificate of default.

      SO ORDERED.

Dated: May 9, 2024
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge