UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAREY GOMEZ,

                    Plaintiff,

        -against-

SIMPAS LIVE BETTER O.E.,

                    Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _6/4/2024_____

24 Civ. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 8, 2024, the Court ordered the parties to submit a joint letter and their proposed case management plan by May 8, 2024. ECF No. 10. On May 9, 2024, having received no submissions, the Court ordered the parties to submit their joint letter and proposed case management plan, or Plaintiff to correctly re-file his application for a certificate of default, by May 30, 2024. ECF No. 15. That deadline passed and the Court again received no submissions.

Accordingly, by **June 25, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall correctly re-file his application for a certificate of default. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute.

       SO ORDERED.

Dated: June 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge